# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kristen L. Mix

**Civil Action No.: 06-cv-02329-EWN-KLM**     **FTR** - Reporter Deck - Courtroom A-501
**Date:**   February 19, 2008                       Courtroom Deputy,  Ellen E. Miller
_____

DANIEL   AGUILAR,                               Pro Se

    **Plaintiff(s),**
v.

DEPUTY   POOLE,                                 - - - -
DEPUTY   SEDILLO,                               Heidi M.  Miller
DEPUTY   TITUS,

    **Defendant(s).**
_____
### COURTROOM   MINUTES  /  MINUTE   ORDER
_____

**HEARING:  EVIDENTIARY   HEARING**
**Court in Session:**      9:40   a.m.
Court calls case.   Appearance of *Pro Se* Plaintiff and Defense counsel for Deputies Sedillo and Titus.

The Court raises Defendants Sedillo and Titus's Motion to Dismiss   for argument.

Defendants' witness   MELANIE GREGORY is sworn.

Direct examination by Heidi Miller on behalf of defendants.

**It is ORDERED:**     Defendants'   EXHIBITS   A   and   B   are admitted.

No questions by Mr. Aguilar.

Witness is excused.

Plaintiff   DANIEL LAWRENCE AGUILAR   is sworn and testifies.

**It is ORDERED:**     Plaintiff's   EXHIBIT 1   is   admitted.

*06-cv-02329-EWN-KLM*
*Evidentiary Hearing*
*February 19, 2008*

Cross-examination by Heidi Miller on behalf of defendants.

Plaintiff is excused from witness stand.

Closing comments.

**It is ORDERED:** Defendants Sedillo and Titus's MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO Fed.R.Civ.P. 12(b)(6) and 42 U.S.C. § 1997e [Docket No. **37**, Filed May 09, 2007] is **TAKEN UNDER ADVISEMENT**.
The Court will issue its written recommendation in due course.


HEARING CONCLUDES.

**Court in recess:** 10:27 a.m.
Total In-Court Time: 00:47