IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02329-EWN-KLM

DANIEL AGUILAR,

    Plaintiff(s),

v.

DEPUTY SEDILLO,
DEPUTY TITUS, and
DEPUTY POOLE,

    Defendant(s).
_____

**ORDER DISCHARGING ORDER TO SHOW CAUSE**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Court's Order to Show Cause issued to Plaintiff on December 21, 2007 [Docket No. 60]. Plaintiff failed to respond to the Order, and the Court recommended that Plaintiff's case against Defendant Deputy Poole be dismissed with prejudice on February 21, 2008 [Docket No. 62].

    IT IS HEREBY **ORDERED** that the Order to Show Cause is **DISCHARGED**.

Dated: February 22, 2008

                                            BY THE COURT:
                                            s/ Kristen L. Mix
                                            U.S. Magistrate Judge
                                            Kristen L. Mix