IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 06–cv–02329–EWN–KLM

DANIEL AGUILAR,

    Plaintiff,

v.

DEPUTY SEDILLIO,
DEPUTY TITUS, and
DEPUTY POOLE,

    Defendants.

---

# ORDER ACCEPTING AMENDED MAGISTRATE JUDGE'S RECOMMENDATION

---

This matter is before the court on the "Amended Recommendation of United States Magistrate Judge" filed February 26, 2008. No party has objected to the recommendation. The time for objection has expired, and no extension has been sought. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. The motion to dismiss (#37), treated as a motion for summary judgment, is GRANTED.

3. Plaintiff's case is hereby DISMISSED without prejudice, for failure to exhaust administrative remedies. Additionally, his case against Defendant Poole is DISMISSED without prejudice for failure to serve Poole timely.

DATED this 20th day of March, 2008.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge